ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Skanska USA Building, Inc. | ) ASBCA Nos. 62142, 62579 |
| | ) |
| Under Contract No. W9126G-12-C-0051 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas J. Walthall, Jr., Esq.
    Allen V. Wilson, Esq.
      Sanderford & Carroll, PC
      San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    Dawn-Carole Harris, Esq.
    Jeanelle S. Patel, Esq.
      Engineer Trial Attorneys
      U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 9, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62142, 62579, Appeals of Skanska USA Building, Inc., rendered in conformance with the Board's Charter.

Dated:  June 9, 2021

PAULA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals